# EXHIBIT A

State of Connecticut
Post Date: 07/02/2018
Payfile: 1818048-1
Docket: [illegible]
Receipt Nbr: [illegible]
Amount: $0.00
List Total: 001 $0.00

# SUMMONS - CIVIL

JD-CV-1 Rev. 4-16
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

**See other side for instructions**

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☐ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 300 Grand Street, Waterbury 06702 | (203) 591-3300 | July 31, 2018 (Month Day Year) |
| ☒ Judicial District ☐ Housing Session ☐ G.A. Number: — At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349): Waterbury | | Case type code (See list on page 2) Major: T Minor: 90 |

**For the Plaintiff(s) please enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (to be entered by attorney only) |
|---|---|
| Yolanda acker 35 Webb St 1st floor 06704 Waterbury CT | |

| Telephone number (with area code) | Signature of Plaintiff (If self-represented) |
|---|---|
| (203) 465-8556 | Yolanda acker |

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. ☒ Yes ☐ No

Email address for delivery of papers under Section 10-13 (if agreed to):

Number of Plaintiffs: | Number of Defendants: | ☐ Form JD-CV-2 attached for additional parties

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: Address: Yolanda acker / 35 WeBB Street 1st fl Waterbury CT 06704 | P-01 |
| Additional Plaintiff | Name: Address: | P-02 |
| First Defendant | Name: Address: Defendant Stephen King / 1380 Hammond Street Bangor, ME 04401 | D-01 |
| Additional Defendant | Name: Address: | D-02 |
| Additional Defendant | Name: Address: | D-03 |
| Additional Defendant | Name: Address: | D-04 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. **The Clerk of Court is not allowed to give advice on legal questions.**

| Signed (Sign and "X" proper box) | | Name of Person Signing at Left | Date signed |
|---|---|---|---|
| Ann Marie Groppo | ☐ Commissioner of the Superior Court ☒ Assistant Clerk | Ann Marie Groppo | 6/18/18 |

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

For Court Use Only
File Date

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date | Docket Number |
|---|---|---|---|
| | Yolanda acker | 6/12/18 | CV18 5022544 |

Return Date:

Yolanda acher
Plaintiff

v.

Stephen King
Defendant

Superior Court

Judicial District of Waterbury

at Waterbury

2018
June 12, [redacted]
Date

**COMPLAINT**

1. I Yolanda acher whom is also the Plaintiff, is filing a complaint to the Defendant Stephen King for Execution or action upon judgement for money damages. Motion to revive judgement. (Title 52 - Civil Actions - Chapter 926 - Statue of Limitations. Section 52-598)

2. The Defendant Stephen King willfully stole peices of my story from a copy of my manuscript I sent him in 2012 to critique. He then used my name as well as my character in his book "Dr. sleep" and is also preparing to make a movie in September 2019.

3. The Defendant Stephen King addressed to the cort in a previous claim that he did not know me, if so then it must be a mere coincidence that my name was used in his Book "Dr. Sleep" (page 514). As well as one of my characters from my manuscript named "Jessica on page 205.)

4. I the plaintiff is also stating the act of (10-23.1 Connected Torts) upon my claim from the Defendant Stephen King.

5. I the plaintiff strongly feel that my previous claim taken on by Judge Alvin W. Thompson was decided under the act of predjudice and fully favored the theme of Mr. Stephen ~~Kings~~ Kings stature. I was denied an appointed counsel, as well as all of my same evidence being completely ignored.

6. For the past four years I have been depressed and my name slandered / Libel acts from an article in the CT law tribune.

This article was written about me during the time of my previous case and I wasn't aware of it until I saw it on the internet. These words have defamed my character as an author, I am unable to proceed with publishing my book, all the family and friends that know me are judging me according to the incident with Stephen King that occured. My reputation has been ruined and I needed this opportunity to excel and be successful because I'm a single mother on a fixed income. This was my goal to be a writer and its not fair that I have to live like this, while mr. King can happily move on with his life and publish a book with my ideas and characters and words in it and make a movie from something that was mines.

WHEREFORE, the plaintiff claims:

1. Money damages.
2. Such other relief as this court deems fair, just and equitable.
3. I am asking to be awarded $150,000
4. from Defendant Stephen King, settlement out of Court.

THE PLAINTIFF

By: Yolanda Acker
(Signature)
Yolanda Acker, Pro Se
(Name)
35 Webb Street 1st floor Waterbury CT 06704
(Address)
(203) 465-8556
(Phone No.)

Return Date: July 31, 2018

Yolanda acker
Plaintiff

v.

Stephen King
Defendant

Superior Court

Judicial District Waterbury

at 300 Grand Street

6/12/18
Date

**STATEMENT OF AMOUNT IN DEMAND**

~~The amount, legal interest or property in demand is FIFTEEN THOUSAND DOLLARS or more, exclusive of interest and costs.~~

or

The amount, legal interest or property in demand is TWO THOUSAND FIVE HUNDRED DOLLARS OR MORE BUT IS LESS THAN FIFTEEN THOUSAND DOLLARS, exclusive of interest and costs.

or

~~The amount, legal interest or property in demand is less than TWO THOUSAND FIVE HUNDRED DOLLARS, exclusive of interest and costs.~~

THE PLAINTIFF

By: Yolanda Acker
(Signature)
Yolanda acker, Pro Se
(Name)
35 Webb Street 1st fl Waterbury CT 06704
(Address)
(203) 465-8556
(Phone No.)

State of Connecticut

City of: **Waterbury** **June 22, 2018**

County Of: New Haven

Then and there by virtue hereof and at the special direction of the Clerk Of The Court, I made due an legal service upon the within named Defendant: **Stephen King,** by depositing in the post office an envelope containing a true and attested copy of the within, Writ, Summons – Civil, Complaint and Statement Of Amount In Demand, with my endorsement thereon; addressed to said defendant as such:
**Stephen King, 1380 Hammond Street, Bangor, ME, 04401., Certified Mail, Return Receipt Requested And Postage Prepaid.**

The within and foregoing is the Original, Writ, Summons – Civil, Complaint and Statement Of Amount In Demand, with my doings endorsed hereon.

Attest:

Domenic Jannetty
State Marshal

| | |
|---|---|
| Services: | $40.00 |
| Pages: | $6.00 |
| Cert Mail: | $0.00 |
| Endorsements: | $1.20 |
| **Total:** | $47.20 |

7015 1730 0000 8050 3790

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

BANGOR, ME 04401
OFFICIAL USE

Certified Mail Fee $3.45
$ $2.75
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $0.71
$
Total Post $6.91
$
Sent To Stephen King
Street and 1380 Hammond Street
City, State Bangor, ME 04401

WATERBURY CT MAIN OFFICE
Postmark Here
JUN 22 2018
06/22/2018
USPS - 0670

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

# CONNECTICUT STATE MARSHAL'S OFFICE

## STATE MARSHAL

## 56 CENTER STREET

## WATERBURY, CT 06702

TELEPHONE: (203) 757-4748

FASCIMILIE: (203) 757-4749

STATE OF CONNECTICUT

CITY OF: **WATERBURY** **JULY 5, 2018**

COUNTY OF: NEW HAVEN

YOLANDA ACKER

VS.

STEPHEN KING

DOCKET NO:

RETURN DATE: 7/31/18

AND AFTERWARDS ON JULY 5, 2018, I RECEIVED THE RETURN RECEIPT FOR CERTIFIED MAIL:

**9590-9402-1422-5329-7454-75-ANNEXED HERETO.**

STATE OF CONNECTICUT
SUPERIOR COURT
2018 JUL 9 PM 2 25
JUDICIAL DISTRICT
OF WATERBURY

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Stephen King
1380 Hammond Street
Bangor, ME 04401

9590 9402 1422 5329 7454 75

2. Article Number *(Transfer from service label)*

7015 1730 0000 8050 3790

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
Mail Restricted Delivery
10)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

# USPS Tracking®

FAQs (http://faq.usps.com/?articleId=220900)

Track Another Package +

**Tracking Number:** 70151730000080503790 Remove

Your item was delivered to the front desk or reception area at 12:03 pm on June 27, 2018 in BANGOR, ME 04401.

## Delivered

June 27, 2018 at 12:03 pm
Delivered, Front Desk/Reception
BANGOR, ME 04401

---

### Text & Email Updates

**Select what types of updates you'd like to receive and how. Send me a notification for:**

| Text | Email | |
|---|---|---|
| ☐ | ☐ | All Below Updates |
| ☐ | ☐ | Expected Delivery Updates |
| ☐ | ☐ | Day of Delivery Updates |
| ☐ | ☐ | Package Delivered |